ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
TIMOTHY R. BOLIN, CSBN 259511
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel
    333 Market St., Ste. 1500
    San Francisco, CA 94105
    Telephone: 415-977-8982
    Facsimile: 415-744-0134
    E-Mail: timothy.bolin@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALBERT M. BROWN,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security<br><br>    Defendant. | No. 2:10-cv-07139-JEM<br><br>[PROPOSED]<br>JUDGMENT OF REMAND |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Remand"), **IT IS HEREBY ORDERED, ADJUDGED, AND**

1  **DECREED** that the above-captioned action is remanded to the Commissioner of
2  Social Security for further proceedings consistent with the Stipulation for Remand.

4  DATED: April 18, 2011        */s/John E. McDermott*_____
                                HON. JOHN E. MCDERMOTT
                                United States Magistrate Judge

Respectfully submitted,

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

 */s/ Timothy R. Bolin*
TIMOTHY R. BOLIN
Special Assistant United States Attorney

Attorneys for Defendant